UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.: 3:06-70711 EDL |
| Plaintiff, | ) | |
| v. | ) | ORDER DOCUMENTING WAIVER |
| HIROSHIGE CRANNEY, | ) | |
| Defendant. | ) | |

With the agreement of the parties, and with the consent of the defendant, the Court enters this order setting a preliminary hearing date of January 17, 2007, at 9:30 a.m. before the duty magistrate judge, extending the time for the preliminary hearing under Federal Rule of Criminal Procedure 5.1, and extending the 30-day time period for indictment and excluding time under the Speedy Trial Act from November 14, 2006 to January 17, 2007. The parties agree, and the Court finds and holds, as follows:

1. Cranney has been released on a personal recognizance bond. The complaint charges him with distribution of a controlled substance in violation of 21 U.S.C. § 846.

2. The parties contemplate a Rule 20 transfer to this district. The assistant United States attorney in the District of Connecticut (the transferring district) is in the process of providing Cranney with discovery, and the parties will discuss pre-charge what the disposition will be to facilitate the Rule 20 transfer. Defense counsel can best do that by evaluating the evidence.

3. Taking into the account the public interest in the prompt disposition of criminal cases, these grounds are good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for indictment and excluding time under the Speedy Trial Act. Failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). The Court also finds that the ends of justice served by excluding the period from November 14, 2006 to January 17, 2007 outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(A).

4. Accordingly, and with the consent of the defendant, the Court (1) vacates the November 14, 2006, preliminary hearing date and sets a preliminary hearing date before the duty magistrate judge on January 17, 2007 at 9:30 a.m., and (2) orders that the period from November 14, 2006 to January 17, 2007 be excluded from the time period for preliminary hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

STIPULATED:

DATED:_____      _____/s_____
                             ELIZABETH FALK
                             Attorney for Hiroshige Cranney

DATED:_____      _____/s_____
                             LAUREL BEELER
                             Assistant United States Attorney

IT IS SO ORDERED.

DATED:_____      _____
                             United States Magistrate Judge

ORDER DOCUMENTING WAIVER (3:06-70711 EDL)    2