KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK KROTOSKI (CSBN 138549)
Chief, Criminal Division

LAUREL BEELER (CSBN 187656)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6840
Fax: (415) 436-7234
laurel.beeler@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>HIRODHIGE CRANNEY,<br><br>    Defendant. | No. CR 06-70711 MAG<br><br>**NOTICE OF CHANGE OF COUNSEL** |

The United States Attorney's Office hereby files this Notice of Change of Counsel to advise the court that the assigned Assistant United States Attorney ("AUSA") for this case is Laurel Beeler. Future ECF notices should be sent to AUSA Beeler only at the email address laurel.beeler@usdoj.gov. AUSA Kirstin Ault should be removed from the list

//

//

//

NOTICE OF CHANGE OF COUNSEL
[CR 06-70711 MAG]

1  of persons to be noticed.

2

3  DATED: January 09, 2007					Respectfully submitted,

4									KEVIN V. RYAN
									United States Attorney
5

6									  /s/ Laurel Beeler
									LAUREL BEELER
7									Assistant United States Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF CHANGE OF COUNSEL
[CR 06-70711 MAG]