1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT
9                          NORTHERN DISTRICT OF CALIFORNIA
10                              SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 11  UNITED STATES OF AMERICA, | ) | No.: 3:06-70711 MAG |
| 12      Plaintiff, | ) | |
| 13      v. | ) | STIPULATION AND ORDER |
| | ) | FOR NEW STATUS DATE AND |
| 14  HIROSHIGE CRANNEY, | ) | EXCLUDING TIME UNDER THE |
| | ) | SPEEDY TRIAL ACT |
| 15      Defendant. | ) | |
| 16  _____ | ) | |

17    With the agreement of the parties, the Court enters this order vacating the April 16, 2007,
18 hearing date, setting a new hearing date of May 6, 2007, at 9:30 a.m. before the duty magistrate
19 judge, and excluding time under the Speedy Trial Act from April 16, 2007, to May 9, 2007. The
20 parties agree, and the Court finds and holds, as follows:
21    1. Cranney made an initial appearance in this district on a complaint and has been released
22 on a personal recognizance bond. On December 20, 2006, a grand jury in the District of
23 Connecticut returned an indictment charging him with distributing a controlled substance in
24 violation of 21 U.S.C. § 841(a)(a) and (b)(1)(D).
25    2. The parties contemplate a Rule 20 transfer to this district. The assistant United States
26 attorney in the District of Connecticut (the transferring district) has provided discovery to
27 Cranney, and the defense is reviewing the discovery to evaluate the disposition. In addition, the
28 defense has requested, and is awaiting, additional discovery relevant to her determination about

STIPULATION AND ORDER (3:06-70711 MAG)

1  the appropriateness of the disposition. Finally, defense counsel is in the middle of a several-
2  month trial.
3   3. The case is currently scheduled for status on the Rule 20 transfer and arraignment on the
4  indictment on April 16, 2007, at 9:30 a.m. For continuity of defense counsel and to allow
5  defense counsel to obtain and review the additional discovery, which is needed for effective
6  preparation of defense counsel, the parties ask for a continuance to May 9, 2007. A continuance
7  also will provide sufficient time for the Rule 20 process to be completed.
8   4. The parties agree, and the Court finds and holds, that failure to grant the continuance
9  would deny defense counsel the reasonable time necessary for effective preparation, taking into
10 account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties agree, and
11 the Court finds and holds, that failure to grant a continuance would unreasonably deny the
12 defense continuity of counsel. See id. The parties agree, and the Court finds and holds, that the
13 ends of justice served by excluding the period from April 16, 2007, to May 6, 2007, outweigh the
14 best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(A).
15  5. Accordingly, and with the consent of the defendant, the Court (1) vacates the April 16,
16 2007, status date and sets a hearing date before the duty magistrate judge on May 9, 2007, at 9:30
17 a.m., and (2) orders that the period from April 16, 2007, to May 9, 2007, be excluded from
18 Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).
19 STIPULATED:
20 DATED: 04/09/07     /s/
                      ELIZABETH FALK
21                    Attorney for Hiroshige Cranney
22 DATED: 04/09/07     /s/
                      LAUREL BEELER
23                    Assistant United States Attorney
24 IT IS SO ORDERED.
25
26 DATED: 4/11/07
27                    EDWARD M. CHEN
                      United States Magistrate Judge
28

STIPULATION AND ORDER (3:06-70711 MAG)     2