1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.: 3:06-70711 EDL |
| | ) | |
|      Plaintiff, | ) | |
| | ) | |
|      v. | ) | STIPULATION AND ORDER |
| | ) | FOR NEW STATUS DATE AND |
| HIROSHIGE CRANNEY, | ) | EXCLUDING TIME UNDER THE |
| | ) | SPEEDY TRIAL ACT |
| | ) | |
|      Defendant. | ) | |
| _____ | ) | |

With the agreement of the parties, the Court enters this order vacating the May 9, 2007, hearing date, setting a new hearing date of June 7, 2007, at 9:30 a.m. before the duty magistrate judge, and excluding time under the Speedy Trial Act from May 9, 2007, to June 7, 2007.  The parties agree, and the Court finds and holds, as follows:

1.  Cranney made an initial appearance in this district on a complaint and has been released on a personal recognizance bond.  On December 20, 2006, a grand jury in the District of Connecticut returned an indictment charging him with distributing a controlled substance in violation of 21 U.S.C. § 841(a)(a) and (b)(1)(D).

2.  The United States contacted the assistant United States attorney in the District of Connecticut, which is the transferring district.  Apparently all discovery has been provided, and the parties have reached a disposition.  Defense counsel here just finished a several-month trial and has been unavailable.  The jury is deliberating.  Also, because of previously-scheduled

STIPULATION AND ORDER (3:06-70711 EDL)

commitments, defense counsel will be unavailable until after June 5, 2007.

3. The case is currently scheduled for status on the Rule 20 transfer and arraignment on the indictment on May 9, 2007, at 9:30 a.m. For continuity of defense counsel, the parties ask for a continuance to June 7, 2007. A continuance also will provide sufficient time for the Rule 20 process to be completed.

3. The parties agree, and the Court finds and holds, that failure to grant a continuance would unreasonably deny the defense continuity of counsel. See id. The parties agree, and the Court finds and holds, that the ends of justice served by excluding the period from May 9, 2007, to June 7, 2007, particularly given the need to complete the Rule 20 process, outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(A).

4. Accordingly, the Court (1) vacates the May 9, 2007, status date and sets a hearing date before the duty magistrate judge on June 7, 2007, at 9:30 a.m., and (2) orders that the period from May 9, 2007, to June 7, 2007, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

STIPULATED:

DATED:___May 8, 2007___           _____/s_____
                                   ELIZABETH FALK
                                   Attorney for Hiroshige Cranney

DATED:____May 8, 2007_            _____/s_____
                                   LAUREL BEELER
                                   Assistant United States Attorney

IT IS SO ORDERED.

DATED:_____May 9, 2007_____



                                   _____
                                   ELIZABETH D. LAPORTE
                                   United States Magistrate Judge