UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.: 3:06-70711 EDL |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER FOR NEW STATUS DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| HIROSHIGE CRANNEY, | ) | |
| Defendant. | ) | |

With the agreement of the parties, the Court enters this order vacating the June 7, 2007, hearing date, setting a new hearing date of June 13, 2007, at 9:30 a.m. before the duty magistrate judge, and excluding time under the Speedy Trial Act from June 7, 2007, to June 13, 2007. The parties agree, and the Court finds and holds, as follows:

1. Cranney is charged in the District of Connecticut with distributing a controlled substance in violation of 21 U.S.C. § 841(a)(a) and (b)(1)(D), and the parties are finalizing the Rule 20 transfer to the Northern District of California. The Court previously vacated the May 9, 2007, date and set the case for status on the Rule 20 transfer for June 7, 2007, because defense counsel had just finished a several-month trial, the jury is deliberating, and defense counsel is unavailable based on previously-scheduled commitments until after June 5, 2007.

2. Defense counsel advised the United States that she actually is unavailable because of previously-scheduled commitments until June 13, 2007.

STIPULATION AND ORDER (3:06-70711 EDL)

1   3. Accordingly, for continuity of defense counsel, the parties ask for an additional
2   continuance from June 7, 2007, to June 13, 2007. A continuance also will provide sufficient
3   time for the Rule 20 process to be completed.
4   4. The parties agree, and the Court finds and holds, that failure to grant a continuance would
5   unreasonably deny the defense continuity of counsel. See id. The parties agree, and the Court
6   finds and holds, that the ends of justice served by excluding the period from June 7, 2007, to
7   June 13, 2007, outweigh the best interest of the public and the defendant in a speedy trial. Id. §
8   3161(h)(A).
9   5. Accordingly, the Court (1) vacates the June 7, 2007, status date and sets a hearing date
10  before the duty magistrate judge on June 13, 2007, at 9:30 a.m., and (2) orders that the period
11  from June 7, 2007, to June 13, 2007, be excluded from Speedy Trial Act calculations under 18
12  U.S.C. § 3161(h)(8)(A) & (B)(iv).
13  STIPULATED:
14
15  DATED: May 16, 2007          /S/ Elizabeth Falk
                                 ELIZABETH FALK
16                               Attorney for Hiroshige Cranney
17  DATED: May 16, 2007          /S/ Laurel Beeler
                                 LAUREL BEELER
18                               Assistant United States Attorney
19  IT IS SO ORDERED.
20
21  DATED:
                                 ELIZABETH D. LAPORTE
22                               United States Magistrate Judge

STIPULATION AND ORDER (3:06-70711 EDL)        2