**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

KEVIN F. ROWE
CLERK

TEL. NO. 579-5861
(AREA CODE 203)



ElsieMata
CHIEF DEPUTY CLERK

CHRYSTINE CODY
DEPUTY-IN-CHARGE
BRIDGEPORT

May 30, 2007

Office of the Clerk
United States District Court
Courthouse, 16th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

**CR 07 0360**

re: USA v. Hiroshige Cranney
   District Court No. 3:06cr331(SRU)

**PJH**

Dear Clerk:

Enclosed are certified copies of the following papers in the above-entitled case for disposition in your District an accordance with our procedures in a Rule 20.

   Certified copies of the docket sheet
   Indictment
   Motion to Continue
   Notice of Rule 20 Transfer

Please sign and return a copy of this letter in the enclosed envelope. Please call me at (203) 579- 5539 if I can be of further assistance.

Yours very truly,
Kevin F. Rowe, Clerk

Yelena Gutierrez
Deputy Clerk

Enclosures

| U.S. Department of Justice | E-filing | Rule 20 -- Transfer Notice |
|---|---|---|

| To: | Kevin J. O'Connor<br>United States Attorney | District<br>CR 07 Connecticut | Date<br>0360 |
|---|---|---|---|
| Name of Subject: | Hiroshige Cranney | Statute Violated<br>21 U.S.C. 841(a) | File Data *(Initials and Number)*<br>3:06 Cr. 331 (SRU) PJH |

### Part A -- District of Arrest

☐ The above-named subject has been apprehended in this jurisdiction and indicates amenability to Rule 20 disposition of the changes pending against him in your court. Kindly indicate whether you are agreeable to Rule 20 disposition and forward two certified copies of indictment or information if any.

☐ Enclosed is a certified copy of waiver of indictment by defendant. Kindly file criminal information and forward two certified copies thereof.

☒ Enclosed is Consent to Transfer form executed in duplicate (one copy for your files) by defendant and the United States Attorney in the district of arrest. Kindly add your consent and have the Clerk of your district transmit the papers in the proceeding or certified copies thereof to the Clerk of the Court in this district in accordance with the Rule Docket No.

I hereby certify that the forgoing is a true copy of the original document on file. Date: 5-30-07

Kevin F. Rowe
Clerk
By _____
Deputy Clerk

☐ Other *(Specify)*:

☐ The above-named defendant entered a plea of guilty under Rule 20.
   Date of Plea    Date of Sentence    Sentence

| From (Signature and Title)<br>Laurel Beeler<br>Assistant U.S. Attorney, NDCA | Address | United States Attorney's Office<br>450 Golden Gate Ave.<br>San Francisco, CA 94102 |
|---|---|---|

### Part B -- District of Offense

☒ I am agreeable to Rule 20 disposition.

☐ I am not agreeable to Rule 20 disposition. Defendant's appearance is desired at
   _____ on _____ at _____ o'clock

*(Kindly notify me of anticipated delay)*
☐ Enclosed are two certified copies of indictment or information    Docket No. _____

☐ Please have defendant execute waiver of indictment.

☐ Other *(Specify)*:

| Signature (Name and Title)<br>John N. _____<br>Deputy United States Attorney | District<br>Connecticut | Date<br>5/24/06 |
|---|---|---|

See United States Attorneys Manual 9-14.000 for an explanation of procedures under Rules 7 & 20, Federal Rules of Criminal Procedure.
**Replaces OBD-101, Fed. 83 edition may be used**

FORM USA-231
NOV. 85

CERTIFICATE OF SERVICE

      Pursuant to Title 28, United States Code, Section 1746, and Rule 5(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, I hereby certify that a copy of the document(s) listed below:

    Rule 20 Transfer Notice

was filed electronically and was served by facsimile on the following parties:

    Elizabeth Falk, Esq.
    Office of the Federal Defender
    450 Golden Gate Ave., room 19-6884
    San Francisco, CA 94102
    FAX: (415)436-7706

Notice of this filing will be sent by email to anyone unable to electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      I certify under penalty of perjury that the foregoing is true and correct.

Dated:    May 29, 2007

                              /s/ Edward Chang
                              EDWARD CHANG

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

07 MAY 21 AM 11:09

NEW HAVEN, CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : No. 3:06 Cr. 331 (SRU) |
| | : |
| HIROSHIGE CRANNEY, | : VIOLATIONS: 21 U.S.C. § 841(a)(1) |
| | : & (b)(1)(D) (Distributing a |
| Defendant. | : Controlled Substance) |

CONSENT TO TRANSFER FOR PLEA AND SENTENCE

I, Hiroshige Cranney, the defendant, have been informed that an Indictment is pending against me in the United States District Court for the District of Connecticut. I wish to plead guilty to the offense charged and consent to the disposition of this case in the Northern District of California, where I reside and am currently located. I waive my right to trial in the District of Connecticut.

Dated: 5-9-07

_____
HIROSHIGE CRANNEY

5-9-07

_____
ELIZABETH FALK, ESQ.
Counsel for Hiroshige Cranney

Approved:

_____
SCOTT N. SCHOOLS
United States Attorney
Northern District of California

_____
KEVIN J. O'CONNOR
United States Attorney
District of Connecticut

_____
LAUREL BEELER
ASSISTANT U.S. ATTORNEY

_____
EDWARD CHANG
ASSISTANT U.S. ATTORNEY

CERTIFICATE OF SERVICE

      Pursuant to Title 28, United States Code, Section 1746, and Rule 5(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, I hereby certify that a copy of the document(s) listed below:

Consent to Transfer for Plea and Sentence

was filed electronically and was served by facsimile on the following parties:

    Elizabeth Falk, Esq.
    Office of the Federal Defender
    450 Golden Gate Ave., room 19-6884
    San Francisco, CA 94102
    FAX: (415)436-7706

Notice of this filing will be sent by email to anyone unable to electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      I certify under penalty of perjury that the foregoing is true and correct.

Dated:    May 29, 2007

                                /s/ Edward Chang
                                EDWARD CHANG



EFILE

# U.S. District Court
## United States District Court for the District of Connecticut (New Haven)
## CRIMINAL DOCKET FOR CASE #: 3:06-cr-00331-SRU All Defendants
### Internal Use Only

CR 07 0360

Case title: USA v. Cranney

Date Filed: 12/20/2006
Date Terminated: 05/30/2007

PJH

Assigned to: Judge Stefan R. Underhill

**Defendant**

**Hiroshige Cranney** (1)
*TERMINATED: 05/30/2007*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE (1) | Consent to Transfer Jurisdiction(Rule 20)to Nothern District of California as to Hiroshige Cranney |

| **Highest Offense Level (Terminated)** | |
|---|---|
| Felony | |

| **Complaints** | **Disposition** |
|---|---|
| Knowing and intentional distribution of controlled substance | |

**Plaintiff**

USA    represented by **Anthony E. Kaplan**
U.S. Attorney's Office-NH
157 Church St., 23rd floor
New Haven, CT 06510

203-821-3700
Email: Anthony.Kaplan@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward Chang**
U.S. Attorney's Office-NH
157 Church St., 23rd floor
New Haven, CT 06510
203-821-3796
Fax: 203-773-5373
Email: edward.chang@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John H. Durham**
U.S. Attorney's Office-NH
157 Church St., 23rd floor
PO Box 1824
New Haven, CT 06510
203-821-3700
Email: john.durham@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/20/2006 | 3 | INDICTMENT returned before Judge Mark R. Kravitz. Returned before grand jury number N-06-4 New Haven Rotation, Summons to issue, as to Hiroshige Cranney (1) count(s) 1. (S-Ruocco, M.) (Entered: 12/22/2006) |
| 12/20/2006 |  | (Court only) Case Approved for E-Filing as to Hiroshige Cranney (Ruocco, M.) (Entered: 12/22/2006) |
| 12/20/2006 | 4 | ELECTRONIC FILING ORDER as to Hiroshige Cranney. Signed by Judge Stefan R. Underhill on 12/20/06. (Ruocco, M.) (Entered: 12/22/2006) |
| 12/21/2006 |  | Summons Issued as to Hiroshige Cranney to appear on 1/5/07, at 10:30 a.m., in Magistrate Courtroom, 4th floor, Room 435, Bridgeport before WIG (Ruocco, M.) (Entered: 12/22/2006) |
| 01/03/2007 | 5 | First MOTION to Continue *from January 5, 2007 for 30 days to February 5, 2007* by USA as to Hiroshige Cranney. (Chang, Edward) (Entered: 01/03/2007) |
| 01/03/2007 | 7 | ELECTRONIC ENDORSEMENT ORDER granting 5 Motion to Continue presentment and arraignment as to Hiroshige Cranney (1). Presentment and arraignment are set for 2/6/07 @ 10:30am. Signed by |

|  |  | Judge William I. Garfinkel on 1/3/07. (Barrille, J.) (Entered: 01/12/2007) |
| --- | --- | --- |
| 01/03/2007 |  | Reset Hearing as to Hiroshige Cranney: Arraignment set for 2/6/2007 10:30 AM before Judge William I. Garfinkel. Initial Appearance set for 2/6/2007 10:30 AM before Judge William I. Garfinkel. (Barrille, J.) (Entered: 01/12/2007) |
| 01/09/2007 | 6 | USM Return of Service on Summons unexecuted as to Hiroshige Cranney (Jefferson, V.) (Entered: 01/09/2007) |
| 05/29/2007 | 8 | NOTICE *of Rule 20 Transfer* by USA as to Hiroshige Cranney (Attachments: # 1 Consent to Transfer for Plea and Sentencing)(Chang, Edward) (Entered: 05/29/2007) |
| 05/30/2007 | 9 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to Northern District of California Counts closed as to Hiroshige Cranney (1) Count 1. Documents sent to Northern District of California, certified copies of docket sheet and the following documents forwarded: Indictment, Motion to Continue and Notice of Rule 20 Transfer (Gutierrez, Y.) (Entered: 05/30/2007) |

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

E-filing  CR 07  0360

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 3:06cr331(SRU) MRJH |
| v. | VIOLATIONS: 21 U.S.C. § 841(a)(1) & (b)(1)(D) (Distributing a Controlled Substance) |
| HIROSHIGE CRANNEY, | |
| Defendant. | |

INDICTMENT

The Grand Jury charges that, at all times relevant to this Indictment:

COUNT ONE
(Distributing a Controlled Substance)

1. HIROSHIGE CRANNEY, the defendant, was a resident of San Francisco, California.

2. The Internet site "sell.com" is an online marketplace bringing together buyers and sellers of a wide variety of goods and services. Advertisements on "sell.com" can be viewed in the District of Connecticut and elsewhere.

3. From in or about July, 2005 through in or about October, 2006, HIROSHIGE CRANNEY, the defendant, used the "Hiroshige" account on "sell.com" to advertise and sell anabolic steroids such as dianabol, winstrol, deca-durabolin, anavar, testosterone, anadrol, and turanabol to buyers in the District of Connecticut and around the country.

4. In or about July, 2006, after receiving an order through "sell.com," HIROSHIGE CRANNEY, the defendant, shipped

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

  All in accordance with Title 21, United States Code, Section 853(a) and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

           A TRUE BILL

           _____
           FOREPERSON

UNITED STATES OF AMERICA

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

JOHN H. DURHAM
DEPUTY UNITED STATES ATTORNEY

ANTHONY KAPLAN
SUPERVISORY ASSISTANT
 UNITED STATES ATTORNEY

EDWARD CHANG
ASSISTANT UNITED STATES ATTORNEY

I Hereby certify that the forgoing is a true copy of the original document on file. Date: 5-30-07
Kevin F. Rowe
Clerk
By _____
Deputy Clerk

4

E-filing

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CR 07 0360

UNITED STATES OF AMERICA          :
                                  :   No. 3:06 Cr. 331 (SRU) (WIG)
        - v. -                    :
                                  :                            PJH
HIROSHIGE CRANNEY,                :
                                  :   January 3, 2007
                Defendant.        :

## MOTION TO ADJOURN

The United States of America ("Government") moves to adjourn defendant Hiroshige Cranney's initial appearance and arraignment, presently scheduled for January 5, 2007, for thirty days, to February 5, 2007 or a date thereafter to be determined by the Court. In support of this motion, the Government represents as follows:

1. On or about October 31, 2006, the defendant was arrested in San Francisco, California on an arrest warrant issued by the Hon. Joan G. Margolis, charging the defendant with distributing anabolic steroids, a controlled substance. The defendant subsequently made an appearance in the United States District Court for the Northern District of California, which adjourned the proceeding until January 12, 2007. The court excluded time under the Speedy Trial Act, and the defendant agreed to extend the time for a preliminary hearing under Rule 5.1 of the Federal Rules of Criminal Procedure, until January 12, 2007.

2. The defendant is being represented by Elizabeth

Falk, Esq., in the Office of the Federal Public Defender for the Northern District of California.

3. On or about December 20, 2006, a federal grand jury sitting in New Haven, Connecticut returned the instant one-count Indictment against the defendant, charging him with distributing anabolic steroids, a controlled substance, in violation of Title 21, United States Code, Section 841.

4. The Government and the defendant have been discussing a possible disposition of the charge against the defendant, including a transfer under Rule 20 of the Federal Rules of Criminal Procedure to the United States District Court for the Northern District of California.

5. The requested thirty-day adjournment will give the Government and the defendant an opportunity to continue their discussions. I have discussed this matter with Ms. Falk, who is representing the defendant, and she indicated that the defendant consents to the requested adjournment.

> Respectfully,
>
> KEVIN J. O'CONNOR
> UNITED STATES ATTORNEY
>
> By:
>
> EDWARD CHANG (ct26472)
> Assistant United States Attorney
> 157 Church St., 23rd floor
> New Haven, CT 06510
> (203)821-3796
> (203)773-5373 (fax)

## CERTIFICATE OF SERVICE

Pursuant to Title 28, United States Code, Section 1746, and Rule 5(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, I hereby certify that a copy of the foregoing Motion to Adjourn Sentencing was sent via facsimile to:

    Elizabeth Falk, Esq.
    Office of the Federal Defender
    450 Golden Gate Ave., room 19-6884
    San Francisco, CA 94102
    FAX: (415)436-7706

on January 3, 2007.

I certify under penalty of perjury that the foregoing is true and correct.

Dated:    January 3, 2007

I Hereby certify that the forgoing is a true copy of the original document on file. Date: 5-30-07

Kevin F. Rowe
Clerk

By _____
Deputy Clerk

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA
v.
HIROSHIGE CRANNEY

CR 07 0360

SUMMONS IN A CRIMINAL CASE

PJH

CASE NUMBER: 3:06 cr 331 (SRU)

**YOU ARE HEREBY SUMMONED** to appear before the United States District Court at the place, date and time set forth below.

| Place:<br>United States District Court<br>915 Lafayette Blvd.<br>Bridgeport, CT 06604 | Room: |
|---|---|
| **Before:**<br>Hon. William I. Garfinkel | **Date and Time:**<br>1/5/07 10:30 am |

To answer a(n)

■ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

Charging you with a violation of Title 21 United States Code, Section(s) 841(a)(1) and (b)(1)(D)

Brief description of offense:
Distributing a Controlled Substance

**ATTENTION:** UPON RECEIPT OF THIS SUMMONS, YOU AND YOUR ATTORNEY ARE INSTRUCTED TO CONTACT THE U.S. PROBATION OFFICE IN Bridgeport AT (203)579-5707 CONCERNING BOND. BE SURE TO INDICATE THAT YOU ARE CALLING TO BE INTERVIEWED BY AN OFFICER FOR BOND CONSIDERATION.

Kevin F. Rowe
Signature of Issuing Officer

by _____ Deputy Clerk
Name and Title of Issuing Officer

Dec 21, 2006
Date

*A TRUE COPY*
*DATE*_____
BY:_____
*DEPUTY CLERK*