| DOCUMENTS UNDER SEAL ☐ | | DOCUMENT NUMBER: | |
|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Lashanda Scott | REPORTER/FTR<br>10:28-10:33 | |
| MAGISTRATE JUDGE<br>Bernard Zimmerman | DATE<br>June 13, 2007 | NEW CASE ☐ | CASE NUMBER<br>CR07-0360 PJH |

### APPEARANCES

| DEFENDANT<br>Hiroshige Cranney | AGE | CUST<br>N | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Elizabeth Falk | PD. ☐ RET. ☐<br>APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Denise Barton for Laurel Beeler | INTERPRETER | | | ☐ FIN. AFFT<br>SUBMITTED | ☐ COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Josh Libby | | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | PARTIAL PAYMENT ☐<br>OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR - IF NOT HELD TYPE NH IN TIME FIELD)

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☒ ARRAIGNMENT<br>1 min | ☐ BOND SIGNING | ☐ IA REV PROB. or S/R | ☐ BAIL REVIEW |
| ☐ DETENTION HRG | ☐ ID/REMOVAL HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ SUP REL HRG |

FILED JUN 13 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

### INITIAL APPEARANCE

| ☒ ADVISED<br>OF RIGHTS | ☒ ADVISED<br>OF CHARGES | ☐ NAME AS CHARGED<br>IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON<br>INFORMATION | ☒ ARRAIGNED ON<br>INDICTMENT | ☒ READING WAIVED<br>SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED<br>ON O/R | ☐ ISSUED<br>APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT<br>SURRENDERED<br>DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED<br>☐ CASH $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | |

### PLEA

| ☐ CONSENT<br>ENTERED | ☒ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE<br>REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO:<br>07/25/2007 | ☐ I.D. COUNSEL | ☐ BOND SIGNING | ☐ STATUS RE:<br>CONSENT | ☒ STATUS/TRIAL SET |
|---|---|---|---|---|
| AT:<br>2:30 p.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR | ☒ CHANGE OF PLEA | ☐ BAIL REVIEW |
| BEFORE HON.<br>PJH | ☐ DETENTION HEARING | ☐ ARRAIGN-MENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☒ TIME WAIVED | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY/REMOVAL | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP.REL. REV. HEARING |

### ADDITIONAL PROCEEDINGS

Counsel will prepare a stipulation and proposed order waiving and excluding time. Case transferred for the District of Connecticut.

cc: BZ, Pretrial, PJH