1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11  UNITED STATES OF AMERICA,        )      No.: CR 07 360 PJH (BZ)
                                     )
12        Plaintiff,                 )
                                     )
13        v.                         )      STIPULATION AND ORDER
                                     )      EXCLUDING TIME UNDER THE
14  HIROSHIGE CRANNEY,               )      SPEEDY TRIAL ACT
                                     )
15        Defendant.                 )
                                     )
    _____ )
16

17     With the agreement of the parties in open court on June 13, 2007, the Court enters this order

18  setting the case for entry of plea before the Honorable Phyllis J. Hamilton on July 25, 2007, at

19  2:30 p.m., and excluding time under the Speedy Trial Act from June 13, 2007, to July 25, 2007.

20  The parties agree, and the Court finds and holds, as follows:

21     1. Cranney is charged in the District of Connecticut with distributing a controlled substance

22  in violation of 21 U.S.C. § 841(a)(a) and (b)(1)(D), and the case was transferred here pursuant to

23  Federal Rule of Criminal Procedure 20.  The case has been assigned to Judge Hamilton.

24     2. On July 13, 2007, the Court arraigned the defendant.  Defense counsel advised the Court

25  that due to previously-scheduled commitments, she is not available for entry of plea until July 25,

26  2007.

27     3.  Accordingly, for continuity of defense counsel, the parties asked that the case be

28  continued until July 25, 2007, and for time to be excluded under the Speedy Trial Act until then.

STIPULATION AND ORDER (CR 07 360 PJH (BZ))

1    4. The parties agree, and the Court finds and holds, that failure to grant a continuance would

2  unreasonably deny the defense continuity of counsel. See id. The parties agree, and the Court

3  finds and holds, that the ends of justice served by excluding the period from June 13, 2007, to

4  July 25, 2007, outweigh the best interest of the public and the defendant in a speedy trial. Id. §

5  3161(h)(A).

6    5. Accordingly, the Court (1) sets the case for entry of plea before Judge Hamilton on July

7  25, 2007, at 2:30 p.m., and (2) orders that the period from June 13, 2007, to July 25, 2007, be

8  excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

9  STIPULATED:

10  DATED:   June 13, 2007                                  /s
                                        ELIZABETH FALK
11                                       Attorney for Hiroshige Cranney

12  DATED:   June 13, 2007                                  /s
                                        LAUREL BEELER
13                                       Assistant United States Attorney
    IT IS SO ORDERED.
14
    DATED:_____        _____
15                                       BERNARD ZIMMERMAN
                                         United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER (CR 07 360 PJH (BZ))        2