UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.: CR 07 360 PJH (BZ) |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| HIROSHIGE CRANNEY, | ) | |
| Defendant. | ) | |

With the agreement of the parties in open court on June 13, 2007, the Court enters this order setting the case for entry of plea before the Honorable Phyllis J. Hamilton on July 25, 2007, at 2:30 p.m., and excluding time under the Speedy Trial Act from June 13, 2007, to July 25, 2007. The parties agree, and the Court finds and holds, as follows:

1. Cranney is charged in the District of Connecticut with distributing a controlled substance in violation of 21 U.S.C. § 841(a)(a) and (b)(1)(D), and the case was transferred here pursuant to Federal Rule of Criminal Procedure 20. The case has been assigned to Judge Hamilton.

2. On July 13, 2007, the Court arraigned the defendant. Defense counsel advised the Court that due to previously-scheduled commitments, she is not available for entry of plea until July 25, 2007.

3. Accordingly, for continuity of defense counsel, the parties asked that the case be continued until July 25, 2007, and for time to be excluded under the Speedy Trial Act until then.

STIPULATION AND ORDER (CR 07 360 PJH (BZ))

1    4. The parties agree, and the Court finds and holds, that failure to grant a continuance would unreasonably deny the defense continuity of counsel. See id. The parties agree, and the Court finds and holds, that the ends of justice served by excluding the period from June 13, 2007, to July 25, 2007, outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(A).

5. Accordingly, the Court (1) sets the case for entry of plea before Judge Hamilton on July 25, 2007, at 2:30 p.m., and (2) orders that the period from June 13, 2007, to July 25, 2007, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

STIPULATED:

DATED:  June 13, 2007               /s/
                                    ELIZABETH FALK
                                    Attorney for Hiroshige Cranney

DATED:  June 13, 2007               /s/
                                    LAUREL BEELER
                                    Assistant United States Attorney

IT IS SO ORDERED.

DATED:  June 14, 2007               /s/ Bernard Zimmerman
                                    BERNARD ZIMMERMAN
                                    United States Magistrate Judge



STIPULATION AND ORDER (CR 07 360 PJH (BZ))          2