1

2

3

4

5

6

7

8

9

10

11    UNITED STATES OF AMERICA,            )        No.: CR 07 360 PJH

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REQUEST AND ORDER (CR 07 360 PJH)