1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11   UNITED STATES OF AMERICA,        )      No.: CR 07 360 PJH
                                      )
12          Plaintiff,                )
                                      )
13      v.                            )      REQUEST FOR NEW DATE AND
                                      )      EXCLUSION OF TIME UNDER THE
14   HIROSHIGE CRANNEY,               )      SPEEDY TRIAL ACT AND ORDER
                                      )
15          Defendant.                )
     ─────────────────────────────────)
16

17       Following the Rule 20 transfer of this case from the District of Connecticut to the Northern

18   District of California, the defendant Hiroshige Cranney made his initial appearance before the

19   magistrate court, which set the matter before the Court for entry of plea on July 25, 2007, at 2:30

20   p.m.  Subsequently, defense counsel realized that she has two in-custody sentencings scheduled

21   for 2:30 p.m. on July 27, 2007 before Judge Chesney,  and that her next available date (based on

22   other case conflicts) is on August 22, 2007.

23       Accordingly, the parties ask the Court to (a) vacate the July 25, 2007, date, (b) set the case for

24   entry of plea on August 22, 2007, at 2:30 p.m., and (c) exclude time under the Speedy Trial Act

25   from July 25, 2007, to August 22, 2007.  The parties agree as follows:

26       1.  Cranney was charged in the District of Connecticut with distributing a controlled

27   substance in violation of 21 U.S.C. § 841(a)(a) and (b)(1)(D), and the case was transferred here

28   pursuant to Federal Rule of Criminal Procedure 20.  The case has been assigned to the Court.

REQUEST AND ORDER (CR 07 360 PJH)

2.  Based on defense counsel's unavailability until August 22, 2007, the parties agree that the case should be continued to August 22, 2007, for continuity of counsel, and that time should be excluded under the Speedy Trial Act until then.  The parties agree that failure to grant a continuance would unreasonably deny the defense continuity of counsel.  See 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties agree that the ends of justice served by excluding the period from July 25, 2007, to August 22, 2007, outweigh the best interest of the public and the defendant in a speedy trial.  Id. § 3161(h)(8)(A).

STIPULATED:

DATED: July 12, 2007         /S/ Elizabeth Falk
                             ELIZABETH FALK
                             Attorney for Hiroshige Cranney

DATED: July 12, 2007          /S/ Laurel Beeler
                             LAUREL BEELER
                             Assistant United States Attorney

ORDER

For good cause shown, and for the reasons set forth above, the Court (a) vacates the July 25, 2007, hearing date, (b) resets the matter for entry of plea on August 22, 2007, at 2:30 p.m., and (c) excludes time under the Speedy Trial Act from July 25, 2007, to August 22, 2007, for continuity of defense counsel.  The parties agree, and the Court finds and holds, that failure to grant a continuance would unreasonably deny the defense continuity of counsel.  See 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties agree, and the Court finds and holds, that the ends of justice served by excluding the period from July 25, 2007, to August 22, 2007, outweigh the best interest of the public and the defendant in a speedy trial.  Id. § 3161(h)(8)(A).

IT IS SO ORDERED.

DATED: 7/23/07 _____



PHYLLIS J. HAMILTON
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton