UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** August 22, 2007    **JUDGE:** Phyllis J. Hamilton
**Case No:** CR-07-0360 PJH

E-Filing

**Case Name:**   UNITED STATES   v.   HIROSHIGE CRANNEY (Present)

**Attorney for Plaintiff:**    Laurel Beeler
**Attorney for Defendant:**   Elizabeth Falk

**Deputy Clerk:** Nichole Heuerman        **Court Reporter:** Sylvia Russo

### PROCEEDINGS

Change of Plea-Held.  The plea agreement is signed and filed in court .  The defendant is sworn.  The court finds the defendant to be fully competent and capable of entering into an informed plea.  The plea is knowing and voluntary.  The court finds a factual basis for the plea.  The defendant enters a plea of guilty as to count one of the Indictment.  The court accepts the plea.  The defendant is adjudged guilty of the offense.

**CASE CONTINUED TO:** November 28, 2007 at 2:30 p.m.  for Sentencing .

–

**cc:** chambers