UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>HIROSHIGE CRANNEY,<br><br>    Defendant. | No. CR 07 360 PJH<br><br>STIPULATION AND PROPOSED ORDER CONTINUING SENTENCING<br><br>Date: November 28, 2007<br>Time: 2:30 p.m.<br>Court: The Honorable Phyllis J. Hamilton |

    Following the Rule 20 transfer of this case from the District of Connecticut to the Northern District of California, the defendant Hiroshige Cranney changed his plea to the one count information on August 22, 2007. A sentencing date of November 28, 2007 was set by this Court during that proceeding.

    The parties now jointly request the Court to vacate the November 28, 2007 sentencing date and set the case for sentencing on January 2, 2007 at 2:30 p.m. As justification for the request, the parties hereby stipulate and agree as follows:

1. An issue has arisen through the Presentence Report process regarding the quantity of steroids allegedly at issue in this case. The calculations will affect Mr. Cranney's Presentence Report and as such, counsel needs additional time to research the way the particular steroids charged in this case are converted to quantities for Guideline purposes, to speak with the case agents with the DEA in Connecticut assigned to this matter to

STIPULATION AND PROPOSED ORDER (CR 07 360 PJH)

ensure that the search warrant returns are correct, and to ensure that the Presentence Report properly distinguishes between illegal and non-illegal materials, to make appropriate objections to the manner in which the Probation Officer has calculated the quantities (which is a different calculation than that contemplated by the Plea Agreement in this matter);

2. An issue has arisen through the Presentence Report process regarding a prior conviction Mr. Cranney may or may not have, which appears to have been reduced to a misdemeanor and/or dismissed. Further research into this conviction is necessary to properly characterize it and make adequate objections to the Presentence Report. Defense counsel is in the process of pulling the case file for the aforementioned conviction, but obtaining transcripts of the proceedings will likely take additional time.

3. For these reasons, counsel jointly request a continuance of the sentencing to January 2, 2008, at 2:30 p.m.

IT IS SO STIPULATED.

DATED:_____            _____/s_____
                                  ELIZABETH FALK
                                  Attorney for Hiroshige Cranney

DATED:_____            _____/s_____
                                  LAUREL BEELER]
                                  Assistant United States Attorney

## [PROPOSED] ORDER

For good cause shown, and for the reasons set forth above, the Court hereby CONTINUES the sentencing in the aforementioned manner to January 2, 2008, at 2:30 p.m.

IT IS SO ORDERED.

DATED:_____            _____
                                  PHYLLIS J. HAMILTON
                                  United States District Judge

STIPULATION AND PROPOSED ORDER (CR 07 360 PJH)   2