1
2
3
4
5
6
7
8   UNITED STATES DISTRICT COURT
9   NORTHERN DISTRICT OF CALIFORNIA
10  SAN FRANCISCO DIVISION

11  UNITED STATES OF AMERICA,         )   No. CR 07 360 PJH
                                      )
12       Plaintiff,                   )   STIPULATION AND ~~PROPOSED~~ ORDER
                                      )   CONTINUING SENTENCING
13       v.                           )
                                      )   Date: November 28, 2007
14  HIROSHIGE CRANNEY,                )   Time: 2:30 p.m.
                                      )   Court: The Honorable Phyllis J. Hamilton
15       Defendant.                   )
                                      )
16  _____   )

17       Following the Rule 20 transfer of this case from the District of Connecticut to the Northern

18  District of California, the defendant Hiroshige Cranney changed his plea to the one count

19  information on August 22, 2007. A sentencing date of November 28, 2007 was set by this Court

20  during that proceeding.

21       The parties now jointly request the Court to vacate the November 28, 2007 sentencing

22  date and set the case for sentencing on January 2, 2007 at 2:30 p.m. As justification for the

23  request, the parties hereby stipulate and agree as follows:

24  1. An issue has arisen through the Presentence Report process regarding the quantity of

25     steroids allegedly at issue in this case. The calculations will affect Mr. Cranney's

26     Presentence Report and as such, counsel needs additional time to research the way the

27     particular steroids charged in this case are converted to quantities for Guideline purposes,

28     to speak with the case agents with the DEA in Connecticut assigned to this matter to

STIPULATION AND PROPOSED ORDER (CR 07 360 PJH)

ensure that the search warrant returns are correct, and to ensure that the Presentence Report properly distinguishes between illegal and non-illegal materials, to make appropriate objections to the manner in which the Probation Officer has calculated the quantities (which is a different calculation than that contemplated by the Plea Agreement in this matter);

2. An issue has arisen through the Presentence Report process regarding a prior conviction Mr. Cranney may or may not have, which appears to have been reduced to a misdemeanor and/or dismissed. Further research into this conviction is necessary to properly characterize it and make adequate objections to the Presentence Report. Defense counsel is in the process of pulling the case file for the aforementioned conviction, but obtaining transcripts of the proceedings will likely take additional time.

3. For these reasons, counsel jointly request a continuance of the sentencing to January 2, 2008, at 2:30 p.m.

IT IS SO STIPULATED.

DATED:_____         _____/s_____
                                ELIZABETH FALK
                                Attorney for Hiroshige Cranney

DATED:_____         _____/s_____
                                LAUREL BEELER]
                                Assistant United States Attorney

### [~~PROPOSED~~] ORDER

For good cause shown, and for the reasons set forth above, the Court hereby CONTINUES the sentencing in the aforementioned manner to January ~~2,~~ 9 2008, at 2:30 p.m.

IT IS SO ORDERED.

DATED: 10/24/07                PHYLLIS J. HA[MILTON]
                                United States Di[strict Judge]



STIPULATION AND PROPOSED ORDER (CR 07 360 PJH)   2