SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

LAUREL BEELER (CSBN 187656)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6765
    Facsimile: (415) 436-7234
    E-mail:    laurel.beeler@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07 360 PJH |
| | ) | |
|     Plaintiff, | ) | |
| | ) | UNITED STATES' SENTENCING |
| v. | ) | MEMORANDUM |
| | ) | |
| HIROSHIGE CRANNEY, | ) | DATE:    January 8, 2008 |
| | ) | TIME:    2:30 p.m. |
|     Defendant. | ) | COURT:    Judge Hamilton |
| | ) | |

    Hiroshige Cranney has pleaded guilty to one count of possessing anabolic steroids with the intent to distribute them in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(D). The United States agrees with the Probation Officer's guidelines calculations and his recommended sentence of 12 months and one day.

## I. GUIDELINES CALCULATIONS

    The parties and the probation officer agree on the Guidelines calculations, which are as follows:[1]

---

[1] The final presentence report suggests that the defense has an objection to the quantity of drugs, but the parties agreed to the appropriate adjustment for quantity in their plea agreement. Based on conversations with the defense, the United States understands that there is

|   |   |   |
|---|---|---|
| a. | Base Offense Level, U.S.S.G. § 2D1.1(a)(3) & (c)(12):<br>(Based on at least 10,000 units of a Schedule III substance) | 16 |
| b. | Distribution through mass marketing by means of<br>interactive computer service, U.S.S.G. § 2D1.1(b)(5): | +2 |
| c. | Safety valve, U.S.S.G. § 2D1.1(b)(9): | - 2 |
| d. | Acceptance of responsibility: | -3 |
| e. | Adjusted offense level | 13 |

Criminal History Category                                                                I

Guidelines Range:                                                          12 to 18 months

## II.  18 U.S.C. § 3553(a)

In imposing its sentence, the Court must consider the factors enumerated in 18 U.S.C. § 3553(a), including the nature and circumstances of the offense, the history and characteristics of the defendant, and the need for the sentence to reflect the seriousness of the offense, to promote respect for the law, to provide just punishment, to afford deterrence, and to provide the defendant with needed educational or vocational training or other corrective treatment in the most effective manner.

Here, Cranney sold anabolic steroids over the Internet via a site called "sell.com."   As the presentence report describes, sell.com is like Ebay in that it is a virtual marketplace for buyers and sellers of different products.  The Guidelines adjustment of at least 10,000 units reflects the total amount of illegal steroids that Cranney either possessed (as shown by illegal steroids seized from his house) or sold (as shown by sell.com records).

Looking solely at the facts of the case, it is a very ordinary case involving the sale of illegal steroids.  The United States believes that a low-end guidelines sentence fairly reflects the seriousness of the offense, promotes respect for the law, and affords deterrence.

This is an out-of-district case, however, and there are aspects of the case that the defense may advance as 3553(a) factors justifying a lower sentence.  The defense has arranged a conference call on Friday (the first day available due to the holidays) with the agents and the assigned

no objection to the adjustment based on at least 10,000 units.

1   assistant United States attorney in the District of Connecticut.  The assistant United States

2   attorney here will participate in that call.  Depending on that discussion, the United States may

3   file a short supplemental memorandum on Friday addressing any 3553(a) factors.

III.  CONCLUSION

5       The United States asks the Court to impose a sentence of 12 months and a day, 3 years'

6   supervised release, a $100 special assessment, and the conditions of supervision recommended

7   by U.S. Probation.

8   DATED: _____              Respectfully submitted,

9                                       SCOTT N. SCHOOLS
                                        United States Attorney
10

11                                      _____/s Laurel Beeler_____
                                        LAUREL BEELER
12                                      Assistant United States Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28