# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** January 8, 2008  **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-07-0360 PJH

**Case Name:**   UNITED STATES   v.   HIROSHIGE CRANNEY (Present)

**Attorney for Plaintiff:**   Laurel Beeler
**Attorney for Defendant:**   Elizabeth Falk

**Deputy Clerk:** Nichole Heuerman  **Court Reporter:** Jim Yeomans

**Probation Officer:** Joshua Sparks

## PROCEEDINGS

   Sentencing-Held.  The defendant is sentenced to a term of 3 years probation with the following special conditions: 1) defendant shall serve 30 days in a halfway house at the direction of the probation officer 2) defendant shall participate in a program of testing and treatment for alcohol, steroid or other drug abuse 3) defendant shall submit to a search 4) defendant shall consent to examinations of computer equipment and to have installed any hardware or software systems to monitor computer use 5) defendant shall not own or possess any firearms, ammunition, destructive devices or other dangerous weapons 6) defendant shall cooperate in the collection of DNA and 7) the defendant shall register as a drug offender pursuant to state law. The defendant shall pay a fine in the amount of $1,000 to be paid over the term of probation at the direction of the probation officer. The defendant shall pay a special assessment in the amount of $100, due immediately.

**cc:** chambers